IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.

                                  No. 05-20025-03 KHV

**SELENA JOHNSON,**

       **Defendant.**

## O R D E R

This matter comes before the Court on the motion of the United States (Doc. #48) to dismiss the superseding indictment as to the above-named defendant, without prejudice, and the Court, for good cause shown, finds that the motion should be sustained.

IT IS THEREFORE ORDERED that the charges in the superseding indictment against the above-named defendant described herein is dismissed as to the above-named defendant, without prejudice.

IT IS SO ORDERED.

                                    s/ Kathryn H. Vratil
                                    HONORABLE KATHRYN H. VRATIL
                                    UNITED STATES DISTRICT COURT JUDGE
                                    District of Kansas

Dated this 29th day of June, 2005.